UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

(1) KIMAN KIM AND (2) WOL SUN DOBSON
*Plaintiffs*

vs.

(1) CHONG SUK KO, (2) JAMES KO (3) YOUNG EUN KO, (4) DANIEL KO, (5) GRACE EUN KO AND (6) CHONG KO ENTERPRISES, LLC
*Defendants*

§
§
§
§
§
§
§
§
§
§

Case Number: 6:18-cv-157

Jury Trial Demanded

**COMPLAINT FOR A CIVIL CASE**

Now comes Kiman Kim and Wol Sun Dobson, Plaintiffs, and file this Complaint for a Civil Case and shows the following:

### I. Parties

**A.  Plaintiffs**

(1) Kiman Kim, 2803 Woodlands Dr., Killeen, TX 76543.

(2) Wol Sun Dobson, 2803 Woodlands Dr., Killeen, TX 76543.

**B.  Defendants**

(1) James Ko (also known as "So Ho Ko"), 2480 Cedarwood Rd., Pepper Pike, OH 44124 and is a member of Chong Ko Enterprises, LLC.

(2) Chong Suk Ko, 2480 Cedarwood Rd., Pepper Pike, OH 44124 and is a member of Chong Ko Enterprises, LLC.

(3) Young Eun Ko, 2480 Cedarwood Rd., Pepper Pike, OH 44124 and is a member of Chong Ko Enterprises, LLC.

(4) Daniel Ko, 8264 Sun Flare Dr. Columbus, OH 43240 and is a member of

Chong Ko Enterprises, LLC.

(5) Grace Eun Ko, 2480 Cedarwood Rd., Pepper Pike, OH 44124, and is a member of Chong Ko Enterprises, LLC.

(6) Chong Ko Enterprises, LLC, 2480 Cedarwood Rd., Pepper Pike, OH 44124.

## II. Jurisdiction

A. Jurisdiction is proper under 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000.00; Plaintiffs are Citizens of the State of Texas and each Defendant is a Citizen of the State of Ohio.

B. **Basis for Diversity of Citizenship Jurisdiction**

   1. The Plaintiffs
      a. Plaintiff, Kiman Kim, is an individual and a citizen of the State of Texas.
      b. Plaintiff, Wol Sun Dobson, is an individual and a citizen of the State of Texas.
   2. The Defendants
      a. Chong Suk Ko is an individual and a citizen of the State of Ohio.
      b. James Ko is an individual and a citizen of the State of Ohio.
      c. Young Eun Ko is an individual and a citizen of the State of Ohio.
      d. Daniel Ko is an individual and a citizen of the State of Ohio.
      e. Grace Eun Ko is an individual and a citizen of the State of Ohio.
      f. Chong Ko Enterprises is a Limited Liability Company, is Organized under the laws of the State of Ohio, and each Member is a citizen of the State of Ohio.

3. The Amount in Controversy

The amount the Plaintiff, Kiman Kim, claims the Defendants owe or the amount at stake—is more than $75,000.00, not counting interest and costs of court, because the property subject to this dispute is valued at over $900,000.00 by private appraisers and at $428,091.00 by Bell County Tax Appraisal District and has a fair rental value of approximately $6,000.00 per month; since Defendants taking of the property on or about September 7, 2016 Defendants have been fraudulently taking the rental value of the property of $110,000.00 to date and thereby causing Plaintiff to lose an additional monetary benefit of renting his property for the fair market rental value of an additional sum of $22,000.00 totaling a $132,000.00 market value loss to Plaintiff; based on transaction history from Plaintiff's financial institution accounts Defendants have fraudulently taken at least $103,624.36 from Plaintiff's accounts; Defendants, jointly, separately, intentionally, and recklessly committed extreme and outrageous conduct of fraud and theft against their father and grandfather that caused severe emotional distress for an amount of $250,000.00; all claims for Plaintiff, Kiman Kim, combined for a minimum sum certain damages at the time of filing of $485,624.36— additionally Plaintiff, Kiman Kim, asks the Court for exemplary damages in the amount of $2,428,121.80 for the egregious conduct of Defendants against their elderly father for a combined sum certain damages of $2,913,746.16 excluding attorney's fees.

Alternatively, Defendants jointly, severally, intentionally, knowingly,

fraudulently, and maliciously took the property subject of this dispute from Plaintiff, Wol Sun Dobson, and she should recover fair market value amount of rent from Defendants of $132,000.00; while Plaintiff, Kiman Kim, should recover the above damages minus the fair market rental value of the property.

### III. Statement of Claims

#### A. Fraud

The following acts of fraud were committed inside the State of Texas and the State of Ohio from at least July 5, 2016 and continuing to this day:

1. Plaintiff, Kiman Kim, is an immigrant from the Republic of Korea;
2. Plaintiff does not speak, understand, read, or write English;
3. Plaintiff lived with Defendants, Chong Suk Ko, James Ko, Young Eun Ko, Daniel Ko, and Grace Eun Ko in the State of Ohio from July 5, 2016 until April 20, 2017;
4. Plaintiff, Kiman Kim's, Texas property is located at 616 North Fort Hood St., Killeen, Texas 76541 with a legal description of: ROSELAWN ADDITION FIRST AMENDMENT (LTS 1-3 BLK 3), BLOCK 003, LOT 003A, ACRES .559 (hereinafter "Property");
5. Defendants James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, Grace Eun Ko, and Chong Ko Enterprises, PLLC through its members— individually and in concert took Plaintiff, Kiman Kim, during the time Kiman Kim lived with the Defendants, to Plaintiff's financial institution in order to intentionally, knowingly, maliciously, and fraudulently cause Plaintiff to transfer his money through withdrawal slips to the

4

Defendants for Defendants' financial gain—without Plaintiff's effective consent or knowledge (Attached Exhibit A);

6. Defendants' wrongfully, intentionally, knowingly, maliciously, and fraudulently continue to transfer money belonging to Plaintiff, Kiman Kim, for their own benefit by one or more of the following: electronic means, wire, or check;

7. Defendants James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, Grace Eun Ko, and Chong Ko Enterprises, PLLC through its members—individually and in concert told Plaintiff, Kiman Kim, that the money was being transferred into another account in his name so Plaintiff's money would earn greater interest;

8. Plaintiff relied on Defendant's statements and signed withdrawal slips that Plaintiff did not complete on his own and Plaintiff signed where told by Defendants;

9. Plaintiff did not have knowledge that Defendants were seeking to take his money and place his money in their financial accounts thereby keeping the proceeds of fraud for their personal gain;

10. While speaking with financial institution personnel, Defendants did not translate the conversation or agreement in a way Plaintiff was able to understand;

11. Plaintiff orally told financial institution personnel that the account should only be in his name, however Plaintiff can only speak Korean and was not understood by the financial institution personnel;

12. Defendants orally informed Plaintiff, Kiman Kim, the withdrawals were being placed in Plaintiff's name with the financial institution;

13. The Defendant's actions caused Plaintiff, Kiman Kim, to suffer monetary damage and loss;

14. Defendants transferred the money fraudulently acquired from Plaintiff, Kiman Kim, into account in their personal financial account(s);

15. Defendants transferred the money fraudulently acquired from Plaintiff, Kiman Kim, into their business financial account(s);

16. Defendants James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, Grace Eun Ko, and Chong Ko Enterprises, PLLC through its members—individually and in concert intentionally, knowingly, and maliciously denied Plaintiff access to the financial accounts Defendants alleged were in Plaintiff's name, so Plaintiff would have no knowledge of Defendant's actions;

17. Defendants James Ko, Chong Suk Ko, and Chong Ko Enterprises, LLC through its members—individually and in concert—intentionally, knowingly, and maliciously have continued to keep Plaintiff from accessing financial institution account information where Defendant's transferred Plaintiff's money through fraud and trickery;

18. Defendants, Chong Ko Enterprises, LLC through its Members James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, and Grace Eun Ko intentionally, knowingly, maliciously, and fraudulently caused tenants at the Property to believe rent monies should be paid to Chong Ko

Enterprises, LLC;

19. Defendants, Chong Ko Enterprises, LLC through its Members James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, Grace Eun Ko intentionally, knowingly, maliciously, and fraudulently took rent monies from the tenants at the Property and wrongfully converted the rent monies owed to Plaintiff, Kiman Kim, from the Property to themselves;

20. The Defendants' actions caused Plaintiff, Kiman Kim, to suffer great financial and emotional harm which subsequently caused both severe mental anguish and physical harm to Plaintiff;

**B. Trespass to Try Title - Fraudulent Acquisition of Title (1)**

21. Paragraphs 1-20 are realleged and incorporated for all purposes into this allegation;

22. The following acts of fraud were committed inside the State of Texas and the State of Ohio from at least July 5, 2016 and continuing to this day;

23. Defendants James Ko, Chong Suk Ko, and Chong Ko Enterprises, LLC individually and in concert intentionally, knowingly, maliciously, and fraudulently told Plaintiff he needed to sign documents for insurance purposes so Defendants could help Plaintiff with his medical bills;

24. The purported documents Defendants James Ko, Chong Suk Ko, and Chong Ko Enterprises, LLC through its members offered Plaintiff were to sign over Plaintiff's ownership interest in his Texas Property to Chong Ko Enterprises, LLC; and

25. The documents Defendant's presented to Plaintiff were intentionally, knowingly, maliciously, and fraudulently not translated from English to a language or in a manner Plaintiff could understand, and Plaintiff signed those documents without a notary present;

26. Plaintiff, Kiman Kim, did not sign the documents knowing he was signing away his interest and ownership in the Property to Defendants;

27. Defendants later had those documents notarized without Plaintiff, Kiman Kim, present and transferred Plaintiff's interest and title of the property to Defendant, Chong Ko Enterprises, LLC;

28. Defendant's James Ko, Chong Suk Ko, and Chong Ko Enterprises, LLC intentionally, knowingly, maliciously, and fraudulently caused the document to be recorded at the Bell County Clerk at the Records Department as a valid Warranty Deed thereby fraudulently taking title to the Property;

29. The Defendants' actions caused Plaintiff, Kiman Kim, to suffer great emotional harm that caused Plaintiff both severe mental anguish and physical harm;

### C. Trespass to Try Title – Fraudulent Acquisition of Title (2)

30. Paragraphs 1-29 are realleged and incorporated for all purposes into this allegation;

31. Alternatively, Wol Sun Dobson is the true owner with fee simple absolute title to the Property;

32. Chong Ko Enterprises, LLC does not have valid title or ownership

interest in the Property;

33. Kiman Kim did not have valid title or ownership interest in the property at the time of transfer of the Property to Defendant Chong Ko Enterprises, LLC;

34. The "Correction Warranty Deed" recorded at the Bell County Texas County Clerk's Office on July 5, 2016 is an invalid Correction Deed under Tex. Prop. Code Title 2, Ch. 5, Sub. Ch. B, §§5.026 et seq. and conveyed no interest in Title of the Property to Kiman Kim;

35. The "Warranty Deed" signed on September 7, 2016 and recorded at the Bell County Texas County Clerk's Office is an invalid and fraudulently obtained Warranty Deed by Defendants Chong Suk Ko, James Ko, and Chong Ko Enterprises, LLC;

36. The Defendants individually and in concert intentionally, knowingly, maliciously, and fraudulently have created a cloud on the title of the Property in order to fraudulently gain title and ownership in the Property;

37. The Defendants, James Ko and Chong Suk Ko, individually and in concert, were witnesses to the invalid Correction Warranty Deed;

38. The Defendants, James Ko, Chong Suk Ko, and Chong Ko Enterprises, LLC, intentionally, knowingly, maliciously, and fraudulently used and caused the Correction Warranty Deed to be filed at the Bell County Clerk's Office of Bell County, Texas in an attempt to fraudulently acquire the Property from Wol Sun Dobson;

39. The Defendants, James Ko, Chong Suk Ko, and Chong Ko Enterprises, LLC through its members, intentionally, knowingly, maliciously, and fraudulently used the Correction Warranty Deed as a transfer of title and ownership of the Property to Kiman Kim in order to transfer title and ownership of the Property to Chong Ko Enterprises, LLC on or about September 7, 2017;

40. Plaintiffs, Kiman Kim and Wol Sun Dobson, deny there is or was a valid agreement or contract between the Plaintiffs and Defendants for a transfer of rights, possession, title, or interest to any portion of the property;

41. Alternatively, if the Court finds there was a valid contract or agreement between the Parties, Defendants have wholly breached that agreement;

### D. Fictitious Company – Veil Piercing

42. Paragraphs 1-41 are realleged and incorporated for all purposes into this allegation;

43. Chong Ko Enterprises, LLC is an alter ego of one or more of the Defendants James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, and Grace Eun Ko;

44. Chong Ko Enterprises, LLC was and is used by one or more of the Defendants James Ko, Chong Suk Ko, Young Eun Ko, Daniel Ko, and Grace Eun Ko as a vehicle to shield their activities and liability while committing theft and fraud against the Plaintiffs;

45. Defendants continue to use Chong Ko Enterprises, LLC as a vehicle to

commit fraud and theft against Plaintiffs;

## Prayer for Relief

1. Plaintiffs, Kiman Kim and Wol Sun Dobson, pray Kiman Kim and alternatively Wol Sun Dobson be adjudicated the rightful owner of the Property, the cloud on title be removed, and the deed corrected and transferred into the rightful owner's name of Kiman Kim and alternatively Wol Sun Dobson;

2. Plaintiff, Kiman Kim, prays that Defendants pay Kiman Kim a minimum sum certain damages of $235,624.36 for the fraudulent theft of money from financial accounts and theft of rental monies from the Property;

3. Alternatively Plaintiffs, Kiman Kim and Wol Sun Dobson, pray Defendants be Ordered to pay the fair rental value of the Property to Wol Sun Dobson for a sum certain amount of $132,000.00 and pay Plaintiff, Kiman Kim, $103,624.36 for the Defendant's fraudulent theft of monies from Plaintiff;

4. Plaintiffs, Kiman Kim and Wol Sun Dobson, pray Defendants be ordered to pay reasonable attorney's fees, expenses, and costs through trial and appeal, and a judgment should be rendered in favor of this attorney and against Defendants and be ordered paid directly to Petitioners' attorney, who may enforce the judgment in the attorney's own name. Petitioners' requests post-judgment interest as allowed by law.

5. Plaintiffs, Kiman Kim, pray Defendants pay to Plaintiff exemplary damages at the amount prayed for in the complaint, $2,428,121.80.

Respectfully submitted,

Law Offices of Thomas L. Young, PLLC
1010 W Jasper, Suite 9
Killeen, TX 76542
Tel: (254) 434-4446

Fax: (254) 434-4447

By: *T. Young*
Thomas L. Young
State Bar No. 24103711
legal@mytexaslegal.com
Attorney for Plaintiffs Kiman Kim & Wol Sun Dobson